# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | 1:13-CR-211 AWI/BAM |
| | ) | |
| CHARLES RAY BENAVIDEZ | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum         ( ) Ad Testificandum.
Name of Detainee:     CHARLES RAY BENAVIDEZ
Detained at (custodian):   Bob Wiley Detention Center

Detainee is:   a.)   (X) charged in this district by:
                     (X) Indictment         ( ) Information         ( ) Complaint

Charging Detainee With:   **18 U.S.C. § 2251(a)-Sexual Exploitation of a Minor; 18 U.S.C. § 1591(a)(1)-Sex Trafficking of Children or by Force, Fraud or Coercion**

or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   (X) return to the custody of detaining facility upon termination of proceedings
or   b.)   ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California* on _____

Signature:     /s/ Brian W. Enos
Printed Name & Phone No.:   Brian W. Enos; 559-497-4058
Attorney of Record for:     United States

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum         ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

5/23/2013                                                             /s/ Barbara A. McAuliffe
Date                                                             United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male  x | Female ☐ |
| Booking or Fed. Reg. #: | CDC No. 1300014492 | DOB: | |
| Facility Address: | Bob Wiley Detention Center | Race: | |
| | 36714 Road 112, Visalia, CA  93291 | FBI #: | |
| Facility Phone: | 559/735-1700 | | |
| Release Date: | unk | | |

### RETURN OF SERVICE

Executed on _____ by _____   _____
                                                                                         (Signature)

G:\docs\HHerman\13cr211.o.Benavidez.C.Writ.wpd
Form Crim-48                                                                   Revised 11/19/97