HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
CHARLES RAY BENAVIDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:13-CR-0211 AWI-BAM |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE AND ORDER |
| v. | ) | THEREON |
| | ) | |
| CHARLES RAY BENAVIDEZ, | ) | Date:  December 9, 2013 |
| | ) | Time:  1:00 p.m. |
| Defendant. | ) | Judge: Hon. Barbara A. McAuliffe |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, BRIAN W. ENOS, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Charles Ray Benavidez, that the date for status conference in this matter may be continued to December 9, 2013, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is October 15, 2013. The requested new date is December 9, 2013.**

Mr. Benavidez is currently considering a plea offer from the government. This continuance is requested to allow time for further negotiations, and for further defense investigation that will assist Mr. Benavidez in deciding how to proceed.

-1-

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                                              Respectfully submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: October 10, 2013                By: */s/ Brian W. Enos*
                                              BRIAN W. ENOS
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

                                              HEATHER E. WILLIAMS
                                              Federal Defender

DATED: October 10, 2013                By: */s/ Eric V. Kersten*
                                              ERIC V. KERSTEN
                                              Assistant Federal Defender
                                              Attorneys for Defendant
                                              CHARLES RAY BENAVIDEZ

## ORDER

**IT IS SO ORDERED that** the 2nd Status Conference is continued from October 15, 2013 to December 9, 2013 at 1:00 P.M. before Judge McAuliffe. The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  **October 10, 2013**                    /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE