# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff<br><br>v.<br><br>CHARLES RAY BENAVIDEZ,<br><br>Defendant | CASE NO. 1:13-CR-0211 AWI<br><br>ORDER VACATING FEBRUARY 22, 2022 HEARING AND ORDER ON BUREAU OF PRISON'S REQUEST FOR SENTENCING GUIDANCE<br><br>(Doc. Nos. 33, 34, 36) |

On January 18, 2022, the Court received a correspondence dated January 12, 2022, from the Federal Bureau of Prisons ("BOP"). See Doc. No. 33. The correspondence requested a written guidance from the Court regarding whether Defendant Charles Ray Benavidez ("Defendant")'s federal sentence of 120 months confinement for sex trafficking children was to run concurrently with a state sentence. See id. If the sentence runs concurrently, Defendant will have satisfied his federal sentence. See id. If the sentence does not run concurrently, Defendant's projected release date will be October 27, 2026. See id.

On January 19, 2022, the Court issued a minute order that set a hearing date of February 22, 2022, and required the parties to file written responses to the BOP's request. See Doc. No. 34. The Court indicated that if the parties were able to meet and confer and agree upon a unified position, the Court would consider the position and could vacate the hearing date. See id.

On January 25, 2022, the parties filed a stipulation. See Doc. No. 36. In relevant part, the stipulation states:

> The parties have since met and conferred about this matter. In addition, counsel for the government reviewed this action's plea agreement, Presentence Investigation Report, sentencing document, and judgment. Counsel for the government also recall the court's reasoning stated at sentencing in support of the judgment imposed is consistent with running the federal sentence concurrent with the one imposed by the state. In light of the above considerations, *the parties stipulate and agree that defendant's federal sentence, imposed prior to the imposition of the state sentence, should be run concurrent to the state sentence*.

Id. (emphasis added).

After consideration, the Court will give effect to the parties' stipulation. The Court will respond to the BOP's inquiry that Defendant's federal sentence of 120-months confinement runs concurrently.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The February 22, 2022, hearing date is VACATED;
2. The Court formally responds to the BOP that Defendant's sentence is to run concurrently with the state sentence; and
3. The Clerk shall send a copy of this order to:

    Federal Bureau of Prisons

    Designation and Sentence Computation Center

    Attention: James Dunn

    U.S. Armed Forces Reserve Complex

    346 Marine Forces Dr.

    Grand Prairie, TX  75051

IT IS SO ORDERED.

Dated:  January 27, 2022                                    _____
                                                                                         SENIOR DISTRICT JUDGE