PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-CR-00211-ADA-BAM |
| Plaintiff, | JOINT STATUS REPORT; STIPULATION TO VACATE STATUS CONFERENCE AND SET ADMISSION HEARING; ORDER |
| v. | |
| CHARLES RAY BENAVIDEZ, | DATE: Dec. 6, 2023 |
| Defendant. | TIME:  2:00 PM |
| | COURT: Hon. Barbara A. McAuliffe |

## JOINT STATUS REPORT

Defendant CHARLES RAY BENAVIDEZ ("Defendant") and the United States of America ("United States") stipulate and request that the Status Conference currently scheduled for December 6, 2023, be vacated and converted to an admission hearing.

After making his initial appearance on a petition for violation of supervised release, Defendant was ordered detained by the duty magistrate judge.  [ECF #39, 44].  The United States has provided initial discovery to defense counsel.  Because this case involves a pending supervised release petition, no exclusion of time is necessary.

///

///

///

## STIPULATION

The United States of America, by and through undersigned counsel, and Defendant, by and undersigned counsel, hereby stipulate as follows:

1. The Status Conference currently scheduled on December 6, 2023, at 2:00 p.m., may be vacated;
2. That the vacated Status Conference be converted to an admission hearing on the same date and time on December 6, 2023, at 2:00 p.m.

                                          Respectfully submitted,

                                          PHILLIP A. TALBERT
                                          United States Attorney

Date: December 1, 2023          */s/ Chan Hee Chu*
                                          CHAN HEE CHU
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

                                          HEATHER E. WILLIAMS
                                          Federal Defender

Date: December 1, 2023          */s/ Griffin Estes*
                                          GRIFFIN ESTES
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          CHARLES RAY BENDVIDEZ

## O R D E R

IT IS SO ORDERED that the status conference currently set for **December 6, 2023, at 2:00 p.m.**, be vacated and converted to an admission hearing.

IT IS SO ORDERED.

Dated: **December 1, 2023**            /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE