IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-CR-00211-ADA-BAM |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| CHARLES RAY BENAVIDEZ | |
| Defendant. | |

The above-named defendant having been sentenced on January 8, 2024, to

= Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith <u>on this matter only</u>.

A certified Judgment and Commitment order to follow.

**IT IS SO ORDERED.**

Date: 1/8/2024

Honorable Charles R. Breyer
United Stats District Court Judge